# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **4:17-CR-00147-07-JM**

**ADALBERTO CHAVEZ-TOVAR**

## ORDER

For the same reasons set out in the September 21, 2020 order,[1] Defendant's Motion for Compassionate Release (Doc. No. 690) is DENIED.

IT IS SO ORDERED, this 10th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 669.

1